**Exhibit A to the Complaint**

**Location:** San Francisco, CA  **IP Address:** 67.180.248.237
**Total Works Infringed:** 25  **ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | D629C1BE08933BB60DF199F6F24E3812EA2C6C73 | Blacked | 10/16/2017 04:12:16 | 10/12/2017 | 10/22/2017 | PA0002058296 |
| 2 | 02468FB5936B82D569B3718F48FF71EEBE6C9E14 | Tushy | 07/06/2017 06:52:20 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 3 | 14D2C680AA1DD5543C0413431AA079A985B0DC73 | Blacked | 10/04/2017 13:50:28 | 10/02/2017 | 10/10/2017 | 15894022390 |
| 4 | 23EB7D7E16DD92EC70D4F119FBC6039307E914E7 | Tushy | 10/16/2017 04:14:15 | 10/13/2017 | 10/22/2017 | PA0002058299 |
| 5 | 2F37046EC89B3AD7ED74C2940723618BFD1A4721 | Tushy | 08/15/2017 07:22:02 | 08/14/2017 | 08/17/2017 | PA0002048391 |
| 6 | 3322700996A03ADC28816C7F4921A496821C476B | Blacked | 07/14/2017 06:04:33 | 07/09/2017 | 08/17/2017 | 15732782151 |
| 7 | 34452073A3328CE2AF5FC73A5A8DDD4141E85B4A | Vixen | 08/23/2017 05:47:59 | 08/22/2017 | 09/07/2017 | PA0002052852 |
| 8 | 3E9895209C68D48828C0EA928D56D855D2CF0AB5 | Vixen | 10/16/2017 04:06:35 | 10/11/2017 | 10/22/2017 | 15918925932 |
| 9 | 464AB452DA8258FA23BA74830F0D57EE7CA518C5 | Tushy | 08/26/2017 03:39:03 | 08/24/2017 | 08/24/2017 | PA0002052837 |
| 10 | 46EB9A1BED539DABA3166619785A0EB818BCD8E8 | Tushy | 10/04/2017 14:57:26 | 10/03/2017 | 10/10/2017 | 15894022537 |
| 11 | 4B3C7DF81586807F6E0CD282A0187A3DECEAB3EA | Vixen | 07/06/2017 06:46:35 | 07/03/2017 | 07/06/2017 | 15584691415 |
| 12 | 57265592C5C5250306EC4D4BB6CE2E5CAC8E09C5 | Tushy | 09/09/2017 07:35:01 | 09/08/2017 | 09/20/2017 | PA0002052841 |
| 13 | 5C208E2ABF6083135CA52776A02D87442F215D60 | Tushy | 06/16/2017 05:46:27 | 06/15/2017 | 07/06/2017 | 15583057198 |
| 14 | 71E3A2888C2DB58BBCE9353A68D2FF80359E304A | Blacked | 07/01/2017 14:12:54 | 06/29/2017 | 07/06/2017 | 15584063973 |
| 15 | 807F407D94E9D91A368B24C5EEA7DBA5FF438450 | Vixen | 06/29/2017 06:32:54 | 06/28/2017 | 07/06/2017 | 15584691463 |
| 16 | 9C80B087C925D30BA01F72FC0EAABD8EAADF588A | Blacked | 08/21/2017 17:41:10 | 08/18/2017 | 08/24/2017 | 15894022488 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
| --- | --- | --- | --- | --- | --- | --- |
| 17 | AB2C2652EC78AC4AD337CC03DF87E970DCED6443 | Blacked | 06/09/2017 11:09:15 | 06/04/2017 | 07/06/2017 | 15584691223 |
| 18 | AFA4C44023577E2A90E1CFA8DB69A6F5D035B1D2 | Blacked | 09/09/2017 07:37:48 | 09/07/2017 | 09/14/2017 | PA0002052840 |
| 19 | BC570785D1C924C2FE8D1B5812B987DEC89FFA31 | Vixen | 07/23/2017 20:32:36 | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 20 | D03BF7C43A2F989CD84F9B6037D4941B7C616ED0 | Blacked | 06/16/2017 05:53:10 | 06/14/2017 | 07/06/2017 | 15584064117 |
| 21 | DA131DD98A2F697383BE095406AE8BB1100811C1 | Vixen | 09/04/2017 03:56:20 | 09/01/2017 | 09/07/2017 | PA0002052845 |
| 22 | E69BB37CE99BE570CC9EB659F45DDEF6E740E3BE | Blacked | 08/21/2017 18:59:51 | 08/13/2017 | 08/17/2017 | 15732986356 |
| 23 | EAAC93309F7CD7334A698050CCB612153083ECC8 | Vixen | 09/09/2017 12:27:12 | 09/06/2017 | 09/14/2017 | PA0002052844 |
| 24 | EB2486249DE6C26072552A5E7406D85E4BE43952 | Tushy | 07/03/2017 15:47:28 | 06/30/2017 | 07/06/2017 | 15584063421 |
| 25 | EB7AE91B0DD3565F29908CB6FB8ED993D709A162 | Blacked | 07/18/2017 05:15:09 | 07/14/2017 | 08/11/2017 | PA0002046878 |