UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 67.180.248.237,<br><br>    Defendant. | Case No. 17-cv-06663-JCS<br><br>**ORDER GRANTING AS MODIFIED APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 10 |

The Court previously granted an application by Plaintiff Strike 3 Holdings, LLC ("Strike 3") to serve a subpoena in order to ascertain the identity of the defendant in this case, then identified only by an IP address. *See* dkt. 9. The Court ordered that "any name or other personal identifying information of any current or proposed defendant shall be filed UNDER SEAL in all filings." *Id.* ¶ 9. Strike 3 has now identified the individual it wishes to name as defendant and seeks leave to file a first amended complaint and proposed summons under seal. *See* dkt. 10. That application is GRANTED. In addition to filing those documents under seal, however, Strike 3 shall also file redacted versions of both documents in the public record, redacting only Defendant's name and any other personal identifying information. Strike 3 shall continue to use the current caption of the case but may identify Defendant by name in a redacted portion of the amended complaint.

Going forward, Strike 3 is instructed to follow the procedure set forth at Civil Local Rule 79-5 for documents that it seeks to file under seal.

**IT IS SO ORDERED.**

Dated: January 30, 2018

_____
JOSEPH C. SPERO
Chief Magistrate Judge