**EXHIBIT A**

| *Attorney or Party without Attorney:*<br>FOX ROTHSCHILD LLP-DTWN L.A.<br>Lincoln D. Bandlow, Esq. (SBN 170449)<br>10250 CONSTELLATION BLVD., SUITE 900<br>LOS ANGELES, CA 90067<br>*Telephone No:* (310) 598-4150<br>*Attorney For:* Plaintiff | *Ref. No. or File No.:* | **For Court Use Only** |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA ||||
| *Plaintiff:* STRIKE 3 HOLDINGS, LLC<br>*Defendant:* JOHN DOE, subscriber assigned IP address 67.180.248.237 ||||
| **AFFIDAVIT OF DUE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>3:17-cv-06663-JCS |

1. I, Parrish Scott, and any employee or independent contractors retained by FIRST LEGAL INVESTIGATIONS are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant REDACTED as follows:

2. *Documents:* SEE ATTACHED LIST OF DOCUMENTS

| Attempt Detail |
|---|

1) Unsuccessful Attempt by: Suzanna Townsend on: Feb 28, 2018, 5:30 pm PST at  REDACTED
REDACTED
Surveillance began at 5:30pm and ended at 9:30pm. I was unable to gain access inside the building. The tenants would not allowed access unless approved due to multiple break ins they've experienced recently. I spoke with a neighbor who stated that the subject asked him to keep an eye on his unit while he was out of the country. The subject will be returning on Monday. The subject was not seen throughout the surveillance.

2) Unsuccessful Attempt by: Parrish Scott on: Mar 5, 2018, 6:10 pm PST at    REDACTED
Unable to gain access inside the building. There was no response via intercom. Occupants of the building were not helpful and refused to allow access inside.

3) Unsuccessful Attempt by: Parrish Scott on: Mar 6, 2018, 7:20 am PST at    REDACTED
Unable to gain access inside the building. No response via intercom.

4) Unsuccessful Attempt by: Parrish Scott on: Mar 6, 2018, 6:23 pm PST at    REDACTED
Unable to gain access inside the building. No response via intercom.

5) Unsuccessful Attempt by: Parrish Scott on: Mar 7, 2018, 9:30 pm PST at    REDACTED
Unable to gain access inside the building. No response via intercom.

6) Unsuccessful Attempt by: Parrish Scott on: Mar 9, 2018, 7:00 am PST at    REDACTED
Unable to gain access inside the building. No response via intercom.



AFFIDAVIT OF
DUE DILIGENCE

2105980
(365437)
Page 1 of 2

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| FOX ROTHSCHILD LLP-DTWN L.A. | | | | |
| Lincoln D. Bandlow, Esq. (SBN 170449) | | | | |
| 10250 CONSTELLATION BLVD., SUITE 900 | | | | |
| LOS ANGELES, CA 90067 | | | | |
| Telephone No: (310) 598-4150 | | | | |
| Attorney For: Plaintiff | Ref. No. or File No.: | | | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: STRIKE 3 HOLDINGS, LLC
Defendant: JOHN DOE, subscriber assigned IP address 67.180.248.237

| AFFIDAVIT OF DUE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: 3:17-cv-06663-JCS |
|---|---|---|---|---|

7) Unsuccessful Attempt by: Parrish Scott on: Mar 9, 2018, 7:45 pm PST at REDACTED
Unable to gain access inside the building. No response via intercom.

8) Unsuccessful Attempt by: Parrish Scott on: Mar 11, 2018, 8:30 am PDT at REDACTED
Unable to gain access inside the building. No response via intercom.

3. **Person Who Served Papers:**
   a. Parrish Scott (816, Alameda County)
   b. **FIRST LEGAL INVESTIGATIONS**
      2070 N. TUSTIN AVENUE, 2ND FLOOR
      SANTA ANA, CA 92705
   c. (714) 550-1375

Recoverable cost Per CCP 1033.5(a)(4)(B)

d. *The Fee for Service was:*
e. I am: A Registered California Process Server

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.

03/16/2018
(Date)            (Signature)



AFFIDAVIT OF
DUE DILIGENCE

2105980
(365437)
Page 2 of 2

Strike 3 Holdings, LLC v. John Doe subscriber assigned IP Address 67.180.248.237
Case No.: 3:17-cv-06663-JCS

| Docket No. | Description |
|---|---|
| 1 | Complaint For Copyright Infringement – Demand For Jury Trial |
| 1-1 | Exhibit A to Complaint |
| 1-2 | Civil Cover Sheet |
| 2 | Certificate of Interested Entities or Persons |
| 3 | Notice of Filing Rule 7.1 Disclosure Statement |
| 4 | Notice of Case Assignment to Magistrate Judge Joseph C. Spero |
| 5 | Consent or Declination to Magistrate Judge Jurisdiction |
| 6 | Order Setting Initial Case Management Conference And ADR Deadlines |
| 7 | Report on The Filing Or Determination of an Action on Appeal Regarding a Copyright |
| 8 | Notice of Motion And *Ex-Parte* Motion For Leave to Serve a Third Part Subpoena Prior to a Rule 26(f) Conference; Memorandum of Points And Authorities in Support Thereof |
| 8-1 | Exhibits A-D [Declarations of Greg Lansky; Tobias Fieser; John S. Pasquale; and Susan B. Stalzer In Support of *Ex-Parte* Motion For Leave to Serve a Third Part Subpoena Prior to a Rule 26(f) Conference |
| 8-2 | Order on *Ex-Parte* Motion For Leave to Serve Third Party Subpoena Prior to a Rule 26(f) Conference |
| 9 | Order on *Ex-Parte* Motion For Leave to Serve Third Party Subpoena Prior to a Rule 26(f) Conference – Signed |
| 10 | *Ex-Parte* Application For Leave to File the First Amended Complaint And Proposed Summons Under Seal |
| 10-1 | [Proposed] Order on *Ex-Parte* Application For Leave to File the First Amended Complaint And Proposed Summons Under Seal |
| 11 | Order Granting As Modified Application For Leave to File Under Seal |
| 12 | First Amended Complaint For Copyright Infringement – Demand For Jury Trial [UNDER SEAL] |

| 13 | First Amended Complaint For Copyright Infringement – Demand For Jury Trial [REDACTED] |
| --- | --- |
| 13-1 | Exhibit A to First Amended Complaint |
| 13-2 | Summons to First Amended Complaint [REDACTED] |
| 14 | Order Striking First Amended Complaint |
| 15 | Second Amended Complaint For Copyright Infringement – Defendant For Jury Trial [UNDER SEAL] |
| 16 | Second Amended Complaint For Copyright Infringement – Defendant For Jury Trial [REDACTED] |
| 16-1 | Exhibit A to Second Amended Complaint |
| 16-2 | Summons to Second Amended Complaint [REDACTED] |
| 17 | Plaintiff's *Ex-Parte* Application For Adjournment of The Initial Case Management Conference |
| 17-1 | [Proposed] Order on Plaintiff's *Ex-Parte* Application For Adjournment of The Initial Case Management Conference |
| 18 | Summons Issued [UNDER SEAL] |
| 19 | Order on Plaintiff's *Ex-Parte* Application For Adjournment of The Initial Case Management Conference |
| 20 | Summons ISSUED [REDACTED] |
| 21 | Clerk's Notice RE Time Change RE Initial Case Management Conference Re-Set For 4/20/18 at 10:30 AM |
|  | First Amended Complaint [UNREDACTED] |
|  | Exhibit A to First Amended Complaint [UNREDACTED] |
|  | Summons to First Amended Complaint [UNREDACTED] |
|  | Second Amended Complaint [UNREDACTED] |
|  | Exhibit A to Second Amended Complaint [UNREDACTED] |
|  | Summons to Second Amended Complaint [UNREDACTED] |
|  | Summons ISSUED [UNREDACTED] |